PEOPLE, Respondent, v. STERN, Appellant. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Proceeding by the People of the State of New York against Louis Stern. I. Cohen, for appellant. S. L. Richter, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. SULDANO et al., Appellants. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Proceeding by the People of the State of New York against Vincenzo Suldano and another. L. S. Chanler, for appellants. L. Fabricant, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. THOMPSON, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Proceeding by the People of the State of New York against Charles B. Thompson. R. B. Mahany, for appellant. R. S. Johnstone, for respondent. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. TOW, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Proceeding by the People of the State of New York against Joseph Tow. S. Feldman, for appellant. R. C. Taylor for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. UNDERHILL, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Proceeding by the people of the State of New York against Alfred Underhill. R. Averill, for appellant. R. S. Johnstone, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. VALENTINE, Appellant. (Supreme Court, Appellate Division, Second Department. June 16, 1911.) Proceeding by the People of the State of New York against Benjamin E. Valentine. No opinion. Motion denied.

PEOPLE v. WILSON et al. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Proceeding by the People of the State of New York against Albert Wilson, impleaded with others. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE ex rel. AGNEW v. BAKER, (Supreme Court, Appellate Division, First Department. July 7, 1911.) Proceeding by the People of the State of New York, on the relation of Thomas Agnew, against William F. Baker, as commissioner. J. Rouss, for relator. H Crone, for respondent. No opinion. Writ dismissed, and proceeding affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. BROWN v. THOMPSON. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Proceeding by the People of the State of New York, on the relation of Frederick A. Brown, against Henry S. Thompson, as commissioner, etc. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

PEOPLE ex rel. BROWNING, KING & CO. v. STOVER et al. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Proceeding by the People of the State of New York, on the relation of Browning, King & Co., against Charles B. Stover and others, as commissioners, etc. No opinion. Motion granted. Order filed. See, also, 130 N. Y. Supp. 92.

PEOPLE ex rel. CASEY v. McGUIRE et al. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Proceeding by the People of the State of New York, on the relation of Eugene C. Casey, against John C. McGuire and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

PEOPLE ex rel. CIARPI v. CROPSEY. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Proceeding by the People of the State of New York, on the relation of Baccio Ciarpi, against James C. Cropsey, commissioner, etc. No opinion. Motion to dismiss appeal granted. Order filed. See, also, 129 N. Y. Supp. 1141.

PEOPLE ex rel. GROVES v. BAKER, Police Com'r. (Supreme Court, Appellate Division, Second Department. June 29, 1911.) Proceeding by the People of the State of New York, on the relation of John W. Groves, against William F. Baker, as Police Commissioner of the City of New York.
PER CURIAM. Determination confirmed, with $50 costs and disbursements.
WOODWARD, J., dissents.

PEOPLE ex rel. HUBBS v. BAKER, Justice of the Peace, et al. (Supreme Court, Appellate Division, Third Department. June 28, 1911.) Proceeding by the People of the State of New York, on the relation of Pliney Hubbs, against Herbert R. Baker, Justice of the Peace, and others. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. KENNEDY v. BINGHAM. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Proceeding by the People of the State of New York, on the relation of James Kennedy, against Theo. A. Bingham as commissioner. M. L. Towns, for relator. H. Crone, for respondent. No opinion. Writ dismissed, and proceeding affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. McCAFFREY v. THOMPSON. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Proceeding by the People of the State of New York, on the relation of Frank J. McCaffrey, Jr., against Henry S. Thompson, as commissioner, etc. No